(August 22, 2001)

■ In the Matter of PAUL GRAZIANO, Appellant, v RYAN WALSH et al., Respondents. [732 NYS2d 154] —Order, Supreme Court, New York County (Martin Schoenfeld, J.), entered August 21, 2001, unanimously affirmed for the reasons stated by Schoenfeld, J., without costs or disbursements. No opinion. Concur—Mazzarelli, J. P., Saxe, Buckley, Friedman and Marlow, JJ.

■ In the Matter of MICHAEL BLOOMBERG, Respondent, v MICHAEL N. NIEBAUER, Appellant, et al., Respondent. [732 NYS2d 154] —Order, Supreme Court, New York County (Martin Schoenfeld, J.), entered August 10, 2001, unanimously affirmed for the reasons stated by Schoenfeld, J., without costs or disbursements. In addition, we note service was defective as it was in violation of CPLR 2103 (a), as conceded by appellant at oral argument. No opinion. Concur—Mazzarelli, J. P., Saxe, Buckley, Friedman and Marlow, JJ.

■ In the Matter of ADAM CLAYTON POWELL, IV, et al., Appellants, v BOARD OF ELECTIONS IN THE CITY OF NEW YORK et al., Respondents. [732 NYS2d 154] —Order, Supreme Court, New York County (Martin Schoenfeld, J.), entered on or about August 20, 2001, unanimously affirmed for the reasons stated by Schoenfeld, J., without costs or disbursements. No opinion. Concur— Mazzarelli, J. P., Saxe, Buckley, Friedman and Marlow, JJ.